UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEFFREY LANCE HILL, SR. &
LINDA PETRY HILL,

      Plaintiffs,

v.                                       Case No: 3:14-cv-326-J-39PDB

SUWANNEE RIVER WATER
MANAGEMENT DISTRICT,

      Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Magistrate Judge Patricia D. Barksdale's Report and Recommendation (Doc. 4), entered on April 10, 2014. In the Report, Magistrate Judge Barksdale recommends that Plaintiffs' Motion to Proceed In Forma Pauperis (Doc. 2) be denied, and that the Court direct Plaintiffs to pay the filling fee of **$400** by **August 25, 2014** or the Court will dismiss their complaint.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1)(C). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the Magistrate Judge's Report and Plaintiffs' objection, the Court accepts and adopts the Magistrate Judge's legal and factual conclusions. The Court overrules Plaintiffs' objection and denies Plaintiffs' Motion to Proceed In Forma Pauperis.

Accordingly, it is hereby

**ORDERED:**

1. Magistrate Judge Patricia D. Barksdale's Report and Recommendation (Doc. 4) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Answer to Report and Recommendation (Doc. 5), construed as an objection, is **OVERRULED**.

3. Plaintiffs' Motion to Proceed In Forma Pauperis is **DENIED**, as provided in the Report and Recommendation.

4. Plaintiffs' shall pay the $400 filing fee by **August 25, 2014** or the Court will dismiss their complaint.

**DONE** and **ORDERED** in Jacksonville, Florida this 25th day of June, 2014.

BRIAN J. DAVIS
United States District Judge

bb
Copies furnished to:

The Honorable Patricia D. Barksdale
United States Magistrate Judge

Jeffrey Lance Hill, Sr., and Linda Petry Hill
908 S.E. Country Club Road
Lake City, Florida 32025